**Vernon TIGER, Plaintiff—Appellant,**

v.

**John IGNACIO, Defendant—Appellee.**

**No. 01–16952.**

**D.C. No. CV–00–00144–DWH.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 12, 2003.

Decided May 28, 2003.

Before HAWKINS, W. FLETCHER, Circuit Judges, and BREYER,* District Judge.

**ORDER ***

On November 21, 2002, the Clark County District Court issued an order granting a writ of habeas corpus to the appellant in this matter. Accordingly, the judgment of the United States District Court for the District of Nevada is hereby VACATED and the case is REMANDED for further proceedings in light of this development.

---

* The Honorable Charles R. Breyer, United States District Judge for the Northern District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.